**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:17-cv-01323-RPM

CHARLES ZWERDLINGER,

    Plaintiff,

v.

TWIN CITY FIRE INSURANCE COMPANY,

    Defendant.

_____

**ORDER REGARDING STIPULATION FOR DISMISSAL WITH PREJUDICE**
_____

The Court, having received the parties' Stipulation to Dismiss with Prejudice, and being fully informed in the premises, hereby:

GRANTS the stipulated motion. All claims in this action asserted against Twin City Fire Insurance Company are hereby DISMISSED with PREJUDICE, all parties to bear their own attorney fees and costs.

DATED: October 16th, 2017

                                        BY THE COURT:

                                        s/Richard P. Matsch
                                        _____
                                        U.S. District Court Judge